United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 22, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-30338
Conference Calendar

_____

ZAMBIE HENDERSON,

Plaintiff-Appellant,

versus

LOUISIANA DEPARTMENT OF CORRECTIONS;
RICHARD L. STALDER; KELLY WARD; EARL
BENSON; MICHAEL RHODES; SARAH BILBERRY;
JOHNNIE SUMLIN; JOHN ROBINSON,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Western District of Louisiana
USDC No. 00-CV-1251
--------------------

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:[*]

Zambie Henderson, Louisiana prisoner # 335649, appeals the

district court's dismissal without prejudice of his 42 U.S.C.

§ 1983 action for failure to exhaust his administrative remedies.

He asserts that because his first prison grievance was dismissed

as untimely, he exhausted his administrative remedies on his

claims of an improper seizure of his legal materials.  Henderson

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

has not established that a grievance that is dismissed as untimely constitutes an exhausted administrative remedy. <u>See</u> <u>Days v. Johnson</u>, 322 F.3d 863, 866 (5th Cir. 2003).

Henderson also asserts that he filed a second prison grievance challenging the constitutionality of prison regulations after his lawsuit was filed and that this grievance procedure was completed while his suit was pending. He has not established that his administrative remedies were exhausted before his lawsuit was filed. <u>See</u> 42 U.S.C. § 1997e(a); <u>Wendell v. Asher</u>, 167 F.3d 887, 891 (5th Cir. 1998).

Henderson has not shown that the district court erred in dismissing his civil rights lawsuit. <u>See</u> <u>Powe v. Ennis</u>, 177 F.3d 393, 394 (5th Cir. 1999). Consequently, the judgment of the district court is AFFIRMED.